# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bissoon, Cathy | US District Court for the Western District of Pa. | 07/27/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 3250
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/27/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | SAE International -- Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | AIPLA | 10/26/2016-10/27/2016 | Washington, DC | Speaker at conference | Hotel, food and mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA#1 | | | | | | | | | |
| 2. -Raymond James Bank Deposit Progam | A | Interest | J | T | | | | | |
| 3. -AMG Times Square Small Cap Growth Cl. N N/L Fund Premier | A | Dividend | K | T | | | | | |
| 4. -AMG River Road Small Cap Value Fund Cl. I N/L* | | None | K | T | | | | | |
| 5. - AQR Managed Futures Strategy Fund Cl. N N/L Class N N/L | A | Interest | K | T | | | | | |
| 6. -Baird Aggregate Bond Fund Instl. Class N/L | A | Dividend | K | T | | | | | |
| 7. -Brown Advisory Growth Equity Fund Investor Shrs. | | None | K | T | | | | | |
| 8. -Clarkston Parners Fund Instl. Class N/L | | None | K | T | | | | | |
| 9. -Columbia Acorn Int'l Fund Class Z N/L | | None | | | Sold | 02/22/16 | J | | |
| 10. -Deutsche Global Real Estate Sec. FD Cl.A M/F | A | Dividend | K | T | | | | | |
| 11. -Europacific Growth Fund Class F2 | A | Dividend | K | T | | | | | |
| 12. -Hartford Midcap Fund Class I N/L | | None | J | T | Buy | 11/07/16 | J | | |
| 13. -John Hancock Disciplined Val. Inst.** | | None | K | T | | | | | |
| 14. -JPMorgan Mid Cap Val. Fund Instl.Shares N/L | A | Dividend | K | T | | | | | |
| 15. -JPMorgan US Lard Cap Core Plus Fund Sel. Cl. N/L | A | Dividend | L | T | | | | | |
| 16. -Lazard Emerging Markets Equite Port Inst. Shrs. N/L | A | Dividend | K | T | Buy | 06/15/16 | J | | |
| 17. -Metropolitan West Total Return Bond Fund Class I | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -MFS Int'l Growth Fund Class I N/L | A | Dividend | K | T | | | | | |
| 19. -MFS Research Fund Class A M/F | A | Dividend | K | T | | | | | |
| 20. -Prudential Jennison Mid Cap Grth. Fund Cl. Z N/L | | None | | | Sold | 11/07/16 | J | | |
| 21. -Victory Trivalent Int'l Small Cap Fund Class Y N/L | A | Dividend | J | T | Buy | 02/24/16 | J | | |
| 22. -Wells Fargo Int'l Value Fund Class I N/L | A | Dividend | K | T | | | | | |
| 23. | | | | | | | | | |
| 24. IRA#2 | | | | | | | | | |
| 25. -Raymond James Bank Deposit Progam | A | Interest | J | T | | | | | |
| 26. -American Mutual Fund Class F2-American Fds. N/L | A | Dividend | K | T | | | | | |
| 27. -AQR Managed Futures Strategy Fund Class N N/L | A | Dividend | K | T | Buy | 02/25/16 | K | | |
| 28. -Artisan Int'l Fund Investor Class N/L | A | Dividend | K | T | | | | | |
| 29. -Baird Aggregate Bond Fund Instl. Class N/L | A | Dividend | L | T | | | | | |
| 30. -Champlain Mid Cap Fund Advisor Class N/L | | None | K | T | | | | | |
| 31. -Clearbridge Dividend Strategy Fund Cl. A M/F | A | Dividend | L | T | | | | | |
| 32. -Dodge & Cox Income Fund N/L | A | Dividend | K | T | | | | | |
| 33. -Europacific Growth Fund Cl. F2-American Fds. N/L | A | Dividend | K | T | | | | | |
| 34. -Federated Instl. High Yield Bond Fd. Instl. Shrs. N/L | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bissoon, Cathy | 07/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Harding Loevner Emerg. Mkts. Port Fd. Adv. Cl. N/L | A | Dividend | K | T | Buy | 06/15/16 | K | | |
| 36. -John Hancock Disciplined Val. Mid Cap. Fd. Cl. I N/L | A | Dividend | K | T | | | | | |
| 37. -JPMorgan US Large Cap Core Plus Fd. Se. Cl. N/L | A | Dividend | K | T | | | | | |
| 38. -Loomis Sayles Growth Fd. Cl. Y N/L Natixis Advisors | A | Dividend | K | T | | | | | |
| 39. -Metropolitan West Total Return Bond Fund Class I | A | Dividend | L | T | | | | | |
| 40. -MFS Research Fund Class A M/F*** | A | Dividend | K | T | | | | | |
| 41. -Prudential Absolute Return Bond Fd. Adv. Class N/L | A | Dividend | K | T | | | | | |
| 42. -T. Rowe Price Small Cap Val. Fd. Adv. Class N/L | A | Dividend | K | T | | | | | |
| 43. -Templeton Global Bond Fd. Adv. Class N/L | A | Dividend | | | Sold | 02/23/16 | K | | |
| 44. -Wells Fargo Int'l Value Fund Class I N/L | A | Dividend | K | T | | | | | |
| 45. -Virtus Insight Emerging Mkts. I | | None | | | Sold | 06/13/16 | K | | |
| 46. | | | | | | | | | |
| 47. Brokerage Account #1 | | | | | | | | | |
| 48. -Raymond James Bank Deposit Program | A | Interest | K | T | | | | | |
| 49. American Funds-Capital World Growth and Income Fund Class A | A | Dividend | K | T | | | | | |
| 50. American Funds-Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 51. American Funds-New Perspective Fund Class A | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds-Washington Mutual Investors Class A | A | Dividend | L | T | | | | | |
| 53. | | | | | | | | | |
| 54. Other Accounts and Holdings | | | | | | | | | |
| 55. -Allegent Community Federal Credit Union (Savings/CD) | A | Interest | | | Closed | 06/03/16 | J | | |
| 56. -Wesbanco (Savings) | A | Interest | K | T | | | | | |
| 57. -Ally Bank (Savings) | A | Interest | J | T | | | | | |
| 58. -Ally Bank (Savings/CD) | A | Interest | M | T | | | | | |
| 59. -The Walt Disney Company | A | Dividend | J | T | | | | | |
| 60. -Pet Ecology Brands (Common) | | None | J | T | | | | | |
| 61. -Biomass Secure Power | | None | J | T | | | | | |
| 62. College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | | None | L | T | | | | | |
| 63. College Inv. Dir. Portfolio Coll. Sav. Plan Conservative | | None | M | T | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*On line 4, "AMG River Road Small Cap Value Fund Class I N/L," was previously known as "Aston/River Road Small Cap Val. Fund. Cl. I N/L," as listed in my 2015 Disclosure.

**On line 13, I erroneously indicated in my 2015 Disclosure that the "John Hancock Disciplined Val. Inst." had been sold in its entirety. In fact, it was only partially sold and I retained part of my interest in this in 2015 and continue to hold it in 2016.

*** On line 40, "MFS Research Fund Class A M/F" was incorrectly identified as "MRS Research Fund Class A M/F." This was a typographical error in the 2015 Disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 07/27/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy Bissoon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544